**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

AMBROSIA MEREDITH                                                              PLAINTIFF

V.                                      No. 4:20-CV-1203-KGB-JTR

DOES                                                                                DEFENDANTS

**RECOMMENDED DISPOSITION**

The following Recommended Disposition has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**I. Discussion**

On October 8, 2020, Plaintiff Ambrosia Meredith ("Meredith") filed this *pro se* § 1983 action alleging that Defendants violated her constitutional rights while she was a pretrial detainee in the Saline County Detention Facility. *Doc. 1*.

On October 13, 2020, the Court entered an Order directing Meredith to file a completed application to proceed *in forma pauperis* or pay the $400 filing fee. *Doc*

*3.* The Court cautioned Meredith that failure to comply within the designated time would subject her case to dismissal, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

Meredith has not responded to the Court's Order, and the time to do so has expired. Additionally, all of Meredith's mail has been returned as undeliverable. *Docs. 4 & 5.*

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.    This case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2.    The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 11th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE