# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AMBROSIA MEREDITH**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-01203-KGB/JTR**

**DOES**                                                                                                 **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Ambrosia Meredith's complaint (Dkt. No. 1). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 4th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge